LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JARREN MEEK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-058 DJC |
| Plaintiff, | |
| vs. | WAIVER OF PERSONAL APPEARANCE AND ORDER |
| JARREN MEEK, | |
| Defendant. | |

Jarren Meek, defendant in the above-entitled action, hereby waives his right to be present in open court as provided in Rule 43 of the Federal Rules of Criminal Procedure for any status conference or non-evidentiary motion hearing in this matter.  The appearance waiver includes any appearance involving a continuance either before or after trial, including a hearing at which a trial date is selected.  The waiver does not extend to arraignment, entry of plea, change of plea, any motion hearing at which evidence and/or testimony is presented, or any trial stage from selecting a jury to verdict, nor does it apply to imposition of sentence.

WAIVER OF APPEARANCE

Defendant requests that the Court proceed during every permitted absence as set out in the preceding paragraph.   Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney in the same manner as if he were personally present in court.  He further agrees that he will be present in court and ready for trial of the matter on any day or hour that the Court may fix in his absence.

Defendant acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18, United States Code, Sections 3161-3174).  Defendant expressly authorizes his attorney to set dates, including permissible delays and continuances pursuant to the Speedy Trial Act, without the requirement of his being personally present.

DATED:  February 12, 2024

By ___(original filed on ECF)___
    JARREN MEEK
    Defendant

I agree with and consent to Defendant Jarren Meek's waiver of personal appearance at future proceedings.

DATED:  February 12, 2024

By ___*/s/ Todd D. Leras*___
    TODD D. LERAS
    Attorney for Defendant
    JARREN MEEK

IT IS SO ORDERED.

DATED:  February 12, 2024            /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE

WAIVER OF APPEARANCE